# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BOBBY MITCHELL KEMP,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2389

[July 13, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; William Wallace, Judge; L.T. Case No. 2021000584CFAXMX.

Jacob M. Noble, Palm Beach Gardens, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Kimberly T. Acuña, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***